**YELLOW TRANSIT FREIGHT LINES, Inc., a Corporation, Appellant, v. Wilma PROPST.**

No. 14713.

United States Court of Appeals Eighth Circuit.

Nov. 18, 1952.

Flavius B. Freeman, Springfield, Mo., and Harold F. Hecker, St. Louis, Mo., for appellant.

Joseph Renard and Thomas R. Schwarz, St. Louis, Mo., for appellee.

PER CURIAM.

Judgment of District Court set aside and cause remanded to the District Court with directions to enter judgment in favor of plaintiff-appellee and against defendant-appellant in the sum of $8,500, on stipulation of parties.

**YELLOW TRANSIT FREIGHT LINES, Inc., a Corporation, Appellant, v. Wilma PROPST.**

No. 14714.

United States Court of Appeals Eighth Circuit.

Nov. 18, 1952.

Flavius B. Freeman, Springfield, Mo., and Harold F. Hecker, St. Louis, Mo., for appellant.

Joseph Renard and Thomas R. Schwarz, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**YELLOW TRANSIT FREIGHT LINES, Inc., a Corporation, Appellant, v. Wilma PROPST.**

No. 14715.

United States Court of Appeals Eighth Circuit.

Nov. 18, 1952.

Flavius B. Freeman, Springfield, Mo., and Harold Hecker, St. Louis, Mo., for appellant.

Joseph Renard and Thomas R. Schwarz, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**YELLOW TRANSIT FREIGHT LINES, Inc., a Corporation, Appellant, v. Donna Sue PROPST, by Wilma Propst, her Natural Guardian.**

No. 14716.

United States Court of Appeals Eighth Circuit.

Nov. 18, 1952.

Flavius B. Freeman, Springfield, Mo., and Harold F. Hecker, St. Louis, Mo., for appellant.

Joseph Renard and Thomas R. Schwarz, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.